Walter J. Salomon v. Frances A. H. Cohen.— Application denied, with ten dollars costs. Order signed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Thomas H. Wesley v. City of New York.— Application granted. Order signed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Benjamin Gibbs v. Arras Brothers.— Application granted. Order signed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

John T. Smith v. Harold R. Berry.— Application denied, with ten dollars costs. Order signed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Thomas A. Shields v. Anne H. Byrd.— Application granted. Order signed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Arthur S. Beves v. Mary E. Post.— Motion denied. Opinion per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Gallagher, as Committee of the Estate, Real and Personal, of Charles Pelsoczy, an Incompetent Person, Plaintiff, v. The American Savings Bank, Defendant.— Submission of a controversy upon an agreed statement of facts pursuant to section 1279 of the Code of Civil Procedure. Per Curiam: All the parties necessary to a determination of the controversy are not before the court. The proceeding must, therefore, be dismissed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Ingraham, P. J., dissented on the ground that the plaintiff, as committee of the trustee, is entitled to the possession of the trust funds.

Margaretta T. Harmon, Respondent, v. Henry L. Prentice and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

James C. Bushby, Respondent, v. Lancelot M. Berkeley and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Abraham Greenberg, Appellant, v. Goldberg & Greenberg, Inc., Respondent, Impleaded with Meyer Goldberg.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

George A. Raftery, Appellant, v. John B. Carter and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Richmond, Washington and Chesapeake Railway Company, Respondent, v. Northern Neck Construction Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to